JS-6

1

2

3

4

5

6

7

8    **UNITED STATES DISTRICT COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 DEREK SCHULTZ, in individual; and DEREK SCHULTZ and CHRISTINE 12 KWAK, husband and wife, | Case No. 8:25-cv-00911-SRM (DFMx) (Removed from State Court Case No. 30-2025-01462052-CU-CJC) |
| 13      Plaintiffs, | Assigned to USDC Judge Serena R. Murillo US Magistrate Judge Douglas F. McCormick |
| 14      v. 15 THE RITZ-CARLTON HOTEL COMPANY, L.L.C.; THE RITZ-16 CARLTON LAGUNA NIGUEL HOTEL; JOHN DOE, DOE SECURITY 17 COMPANY and DOES 1-20, inclusive, | **ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| 18      Defendants. | State Court Action Filed: 02/20/2025 |

19

20                                **ORDER**

21        The stipulation filed by the parties is approved. The entire action is hereby

22    **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees

23    and costs.

24

25    DATED: November 25, 2025    _____

26                                HON. SERENA R. MURILLO

27                                Unites States District Judge

28